## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

NORTH AMERICAN BOXING ORGANIZATION
INTERCONTINENTAL, INC.
    Plaintiff

    v.

NORTH AMERICAN BOXING
ORGANIZATION, INC., et al.
    Defendants

Civil No. 98-1766(SEC)



### ORDER

| MOTION | RULING |
|---|---|
| **Docket # 32**<br>Plaintiff's "Opposition to Defendants' Request for a Protective Order Dated February 16, 1999, and Request for Reconsideration or Clarification of Order Dated February 21, 1999" | Plaintiff's request for reconsideration is **DENIED**.<br><br>Plaintiff's request for clarification is **DENIED** at this stage, without prejudice that it present it again in the joint case management memorandum or in the proposed pretrial order. |
| **Docket # 36**<br>Plaintiff's "Motion Requesting Leave to File Reply . . . " | **DENIED**. |
| **Docket # 37**<br>Plaintiff's "Motion to Alter or Amend Judgment" | **DENIED**. |
| **Docket # 38**<br>Defendants' "Motion for Extension of Time to File the Answer to the Complaint and a Counterclaim" | **MOOT**. |
| **Docket # 40**<br>Defendants' "Motion in Request of an Additional Extension of Time to File Allegations to the Complaint" | **MOOT**. |
| **Docket # 44**<br>Defendants' "Motion for Entry of Default" | **GRANTED**. The Clerk of the Court shall enter default against third-party defendant José Berríos. |

DATE: September 30, 1999.

SALVADOR E. CASELLAS
United States District Judge