

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**North American Boxing Organization Intercontinental, Inc.**

   Plaintiff

   v.

CIVIL CASE **98-1766 (SEC)**

**North American Boxing Organization, Inc., et al.**

   Defendants

---

## CLERK'S ENTRY OF DEFAULT

**Motion for Entry of Default**

Dkt #   44

Filed   September 14, 1999

By:   Defendants

Default of third party defendant Jose Berrios is hereby entered.

October 6, 1999

Frances Rios de Moran
Clerk

*Carmen R. Jacorotti*
Deputy Clerk

