IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORTH AMERICAN BOXING ORGANIZATION INTERCONTINENTAL, INC., et al. <br><br> Plaintiffs <br><br> v. <br><br> NORTH AMERICAN BOXING ORGANIZATION, INC., et al. <br><br> Defendants | Civil No. 98-1766(SEC) |

## ORDER TO SHOW CAUSE

North American Boxing Organization Intercontinental, Inc. is hereby **ORDERED TO SHOW CAUSE** within **fifteen (15) days** of the entry date of this order why North American Boxing Organization, Inc.'s motion for entry of default (**Docket # 48**) should not be granted pursuant to Fed. R. Civ. P. 55(a).

**SO ORDERED.**

In San Juan, Puerto Rico, this 21 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge