UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORTH AMERICAN BOXING
ORGANIZATION INTERCONTINENTAL,
INC., et al.
    Plaintiffs
        v.
NORTH AMERICAN BOXING
ORGANIZATION, INC., et al.
    Defendants

Civil No. 98-1766(SEC)

****************************************

NORTH AMERICAN BOXING
ORGANIZATION, INC., et al.
    Counter-Plaintiffs
        v.
NORTH AMERICAN BOXING
ORGANIZATION INTERCONTINENTAL,
INC., et al.
    Counter-Defendants
        v.
JOSE BERRIOS
    Third-Party Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 57**<br>"Motion in Request of Leave to File Exhibit in the Spanish Language" | Moot. |
| **Docket # 56**<br>"Motion Reiterating Request for a Stay on Abstention Grounds" | Denied. |
| **Docket # 54**<br>"Motion Informing Non-Receipt of Case Management Order and Requesting Extension of Time In Light of Withdrawal of Counsel for Plaintiff" | Noted. |



Civil No. 98-1766(SEC) 2

| MOTION | RULING |
|---|---|
| **Docket # 53** "Motion Requesting Leave to Withdraw As Counsel for Plaintiff" | Plaintiff shall have **thirty (30) days** to retain new counsel, who shall in turn file a notice of appearance within **five (5) days** thereafter. The Court will hold attorney Vázquez's motion to withdraw **in abeyance** until plaintiff's new counsel files a notice of appearance. |
| **Docket # 50** "Motion in Request of Stay on Abstention Grounds" | **Denied**. |
| **Docket # 48** Defendant's "Motion for Entry of Default" | On December 21, 1999, the Court granted plaintiff and counter-defendant fifteen days to show cause why default should not be entered. As of today, plaintiff has failed to comply with the Court's order. Therefore, defendant's motion for entry of default is hereby **GRANTED**. Default shall be entered against plaintiff and counter-defendant North American Boxing Organization Intercontinental, Inc. |

DATE: April 26, 2000

SALVADOR E. CASELLAS
United States District Judge