# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NORTH AMERICAN BOXING ORG
INTERCONTINENTAL, INC, ET.ALS

        Plaintiff
  VS.

NORTH AMERICAN BOXING ORG.
INC, ET. ALS

        Defendants

CIVIL NO. 98-1766(SEC)

RECEIVED & FILED
00 APR 28 AM 10:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 12/16/99   DOCKET: #48   TITLE: MOTION FOR ENTRY OF DEFAULT

[ ] Plffs.      [X] Dfts.

## O-R-D-E-R

DEFAULT OF PLAINTIFF

IS HEREBY ENTERED.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

4-28-00            BY: _____Olga Vega_____
DATE                    DEPUTY CLERK

