# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NORTH AMERICAN BOXING
ASSOCIATION INTERCONTINENTAL, INC.
    Plaintiff

          v.                     **Civil No. 98-1766(SEC)**

NORTH AMERICAN BOXING
ASSOCIATION, INC., et al.
    Defendants



## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 68**<br>Defendant's "Motion for Deferral of the Files of Pre-Trial Order . . . ." | **GRANTED.** The deadline set for filing the pretrial order is hereby continued, sine die. |
| **Docket # 67**<br>"Motion Insisting on Leave to Withdraw As Legal Counsel for Plaintiff" | On April 26, 2000, the Court granted plaintiff 30 days to retain new counsel, leaving attorney Rafael J. Vázquez González's motion to withdraw in abeyance. As of today, plaintiff has not engaged new counsel. In view of attorney Vázquez González's new motion, the Court hereby **GRANTS** his request to withdraw. Furthermore, plaintiff is hereby **GRANTED** a final term of **twenty (20) days** to retain new counsel. |
| **Docket # 53**<br>"Motion Requesting Leave to Withdraw As Counsel for Plaintiff" | **MOOT.** |

DATE:  June 21 , 2000

SALVADOR E. CASELLAS
United States District Judge

