UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| NORTH AMERICAN BOXING ORGANIZATION INTERCONTINENTAL, INC. | * * * | |
| Plaintiff | * | Civil No. 98-1766(SEC) |
| v. | * | |
| NORTH AMERICAN BOXING ORGANIZATION, INC., et al. | * * | |
| Defendants | * | |
| ************************************ | | |
| NORTH AMERICAN BOXING ORGANIZATION, INC., et al. | * * | |
| Counter-Plaintiffs | * | |
| v. | * | |
| NORTH AMERICAN BOXING ORGANIZATION, INC., et al. | * * | |
| Counter-Defendant | * | |
| v. | * | |
| JOSE BERRIOS | * | |
| Third-Party Defendant | * | |
| ************************************ | | |

## ORDER

| MOTION | RULING |
|---|---|
| Docket # 63<br>"Defendant/Counter-Plaintiffs, North American Boxing Organization, Inc. and Organización Mundial de Boxeo, Inc. a/k/a World Boxing Organization, Inc.'s Request for Judicial Notice" | Granted. |

DATE: August 8TH, 2000

SALVADOR E. CASELLAS
United States District Judge

