UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                DATE: May 8, 2000

NABO INTER                    *
                              *
                              *
       Plaintiff              *
                              *
                              *
vs.                           *       CIVIL NO.  98-1766 (SEC)
                              *
                              *
NABO, INC., et al             *
                              *
                              *
       Defendants             *

By Order of the Court, **a Hearing on Damages is hereby set for May 22, 2001 at 9:30 a.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

                                    _____
                                       COURTROOM DEPUTY CLERK

Notified by phone

s/cs:to ( )
attys/pts
in ICMS

MAY -8 2001


