IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

N.A.B.O. Int. Inc.,
_____
Plaintiff(s)

v.

N.A.B.O. Inc., et al.
_____
Defendant(s)

Civil No. 98-1766 (SEC)

## DESCRIPTION OF MOTION

DATE FILED: 5-16-01   DOCKET #: 75   TITLE: Motion in Request for the Continuance of the Scheduled Hearing on the Issue of Damages

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

## COMMENTS

A setting will be notified by the Court.

21-V-01
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

c: